JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR ATTALAH, an individual, and VIRGIINE FONGOND, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive, <br><br> Defendants, | Case No.: **2:24-cv-01245-JDE** <br><br> *Judge: Hon. John D. Early* <br><br> **ORDER OF DISMISSAL** |

    Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

DATE: _March 05, 2025_　　　By: _____
　　　　　　　　　　　　　　　　John D. Early
　　　　　　　　　　　　　　　　United States Magistrate Judge